WYNN–JOHNSON *v.* SHOUP.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF ALASKA.

No. 266. Submitted April 28, 1904.—Decided May 31, 1904.

Decided on authority of *Binns* v. *United States, ante,* p. 486.

*Mr. S. M. Stockslager* and *Mr. George C. Heard* for plaintiff in error.

*Mr. Assistant Attorney General Purdy* for defendant in error.

MR. JUSTICE BREWER delivered the opinion of the court.

This case is similar to the one just decided, and, for the reasons given in that opinion, the judgment of the District Court of Alaska is

*Affirmed.*

MR. JUSTICE HARLAN took no part in the decision of this case.